COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Freeport-McMoran Oil & Gas LLC, and McMoran Oil and Gas LLC

Appellate case number:   01-19-00527-CV

Trial court case number: 2015-72600

Trial court:             164th District Court of Harris County

Relators, Freeport-McMoran Oil & Gas LLC and McMoran Oil & Gas LLC, have filed a petition for writ of mandamus challenging the trial court's July 9, 2019 order compelling discovery. In conjunction with the petition, relators filed a motion requesting that this Court stay enforcement of the challenged order pending our decision on the mandamus petition. We **grant** the motion for temporary relief and stay enforcement of the trial court's July 9, 2019 order. The Court requests that real party in interest file a response to the petition for writ of mandamus by **August 8, 2019.**

It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                              Acting individually

Date:   ___July 23, 2019___